369937                                                                                   0584-9540

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH METREJEAN,** | * | **CIVIL ACTION** |
| **Plaintiff** | | |
| | * | **NO. 08-5049** |
| **VERSUS** | | |
| | * | **SECTION "R"** |
| | | **Judge Sarah S. Vance** |
| **REC MARINE LOGISTICS, L.L.C. and** | * | |
| **HELIS OIL & GAS COMPANY, L.L.C.** | | **MAGISTRATE 4** |
| **Defendants,** | * | **Mag. Karen Wells Roby** |

...............................................................................

### REC MARINE LOGISTICS, L.L.C.'S AND HELIS OIL & GAS COMPANY, LLC'S
### <u>WITNESS LIST</u>

**NOW INTO COURT**, through undersigned counsel, come defendants REC Marine

Logistics, LLC and Helis Oil & Gas Company, LLC, and submit their Witness List in

accordance with this Court's Scheduling Order.

### <u>WITNESS LIST</u>

1.   Joseph Metrejean;

2.   Brian Barthelemy;

3.   Mac Chaplin;

4.   Vernon Trimm;

5.   Jason Sanders;

6.   Luis Alvarez;

7.   Mike Zeringue;

8.   Ryan Zeringue;

9.   Bart J. Walker;

10.   Mike Holder;

11.    Malcom Whitehead;

12.    Daniel A. Whitaker;

13.    Bobby A.:

14.    Ben B.;

15.    Chester E.

16.    Michael M.;

17.    Dr. Robert Blanchard, Jr.;

18.    Dr. Kenneth Vogel;

19.    Dr. Ajay Bindal;

20.    Representative of Ocshner Medical Center;

21.    Representative of Morella Physical Therapy;

22.    Representative of Occupational Medicine Services, LLC;

23.    Representative of Blanchard Medical Services;

24.    Representative of Teche Action Board, Inc;

25.    Representative of Teche Regional Medical Center;

26.    Representative of Memorial MRI & Diagnostic;

27.    Any other physician who provided treatment or performed any type of

        diagnostic testing on the plaintiff;

28.    Representative of REC Marine Logistics, LLC;

29.    Representative of Helis Oil & Gas Company, LLC;

30.    Representative of United States Environmental Services;

31.    Representative of J. Connor Consulting, Inc.;

32.    Representative of Cetco Services;

33.     Representative of National Response Center;

34.     Representative of the O'Brien's Group;

35.     Representative of Newpark Services;

36.     Representative of U. S. Liquids;

37.     Representative of any contractor employed by Helis Oil & Gas Company, LLC;

38.     Representative of Ghirardi Marine Services;

39.     Representative of Coastal Towing;

40.     Representative of Conrad Shipyard;

41.     Representative of Southern Magic, Inc.;

42.     Representative of Crew Service Marine Personnel of La, Inc.;

43.     Representative of Diamond Services Corp.;

44.     Dr. Rand Voorhies, IME expert;

45.     Mr. Barney Hegwood, vocational rehabilitation counselor;

46.     Kenneth Boudreaux or Stewart Wood or Dan Cliff, expert economists;

47.     Captain John Manders and/or other expert to testify on liability issues;

48.     John E. Kocke, medical auditing expert;

49.     Any witness identified through the discovery responses of the parties.

50.     Any witness whose identify becomes known through further discovery; and

51.     Any witness identified by the plaintiff;

Defendants reserve the right to supplement this list of witnesses

Respectfully submitted,


_____/s Salvador J. Pusateri_____
SALVADOR J. PUSATERI, T.A. (#21036)
GAVIN H. GUILLOT (#31760)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana  70139-7708
Telephone:  (504) 528-3001
Fax: (504) 528-3030
Attorneys for REC Marine Logistics, L.L.C. and
Helis Oil & Gas Company, L.L.C


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served upon all counsel of record, either by hand delivery, facsimile transmission, or by placing same in the United States mail, properly addressed and postage prepaid on this 27th day of July, 2009.

_____/s Salvador J. Pusateri_____